■ EMPLOYERS INSURANCE OF WAUSAU, a Mutual Company, et al., Respondents, v HARTFORD INSURANCE GROUP et al., Appellants.—Order unanimously affirmed, without costs, for reasons stated at Supreme Court, Finnerty, J. (Appeal from order of Supreme Court, Monroe County, Finnerty, J.—summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.